UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SOLARI, DAVID M. § Case No. 13-15893
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_, and now requests reimbursement for expenses of $\_\_\_, for total expenses of $\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Elizabeth C. Berg_____
                                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - DAVID SOLARI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 13-15893 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|---|
| Case Name: | SOLARI, DAVID M. | | | | Date Filed (f) or Converted (c): | 04/16/13 (f) |
| | | | | | 341(a) Meeting Date: | 06/03/13 |
| For Period Ending: | 09/23/14 | | | | Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. petitoner owns real estate residence located at 40 | 276,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash<br>cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>checking account with Chase | 500.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposits<br>security deposit with ComEd | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>household good, furniture and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles<br>Antique Coke Machine and Christmas Collectibles | 2,500.00 | 0.00 | | 1,500.00 | FA |
| 7. Wearing Apparel<br>necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing<br>IRA | 13,561.00 | 0.00 | | 0.00 | FA |
| 9. Stock<br>Scottrade stock account | 680.00 | 0.00 | | 0.00 | FA |

FORM 1 - DAVID SOLARI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 13-15893 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | SOLARI, DAVID M. | | |

| Trustee Name: | Elizabeth C. Berg |
|---|---|
| Date Filed (f) or Converted (c): | 04/16/13 (f) |
| 341(a) Meeting Date: | 06/03/13 |
| Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Liquidated Claims<br>estimated 2012 tax refund, IRS will seize | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles<br>2000 Chevy Venture - does not run | 1,000.00 | 0.00 | | 1,500.00 | FA |
| 12. Vehicles<br>2000 Chevy C3500 | 1,800.00 | 0.00 | | 1,500.00 | FA |
| 13. Vehicles<br>1990 Sea Sprite boat - 1/2 interest w/ wife | 1,000.00 | 0.00 | | 500.00 | FA |
| 14. Vehicles<br>2005 Ford Mustang 56,000 miles | 10,200.00 | 0.00 | | 1,000.00 | FA |
| 15. Inheritance from Father's Estate (u) | 0.00 | 31,987.00 | | 31,987.00 | FA |
| 16. Vehicles (u)<br>2003 Ford F350 SD Truck | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 17. Vehicles (u)<br>2005 Ford E450 SUP Cutaway Truck | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 18. Vehicles (u)<br>2005 Ford E450 SUP Cutaway Truck (2) | 0.00 | 2,500.00 | | 2,500.00 | FA |

FORM 1 - DAVID SOLARI

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| Case No: | 13-15893 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | SOLARI, DAVID M. | | | | Date Filed (f) or Converted (c): | 04/16/13 (f) |
| | | | | | 341(a) Meeting Date: | 06/03/13 |
| | | | | | Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Vehicles (u) 2006 Yamaha VVS1100 Motorcycle | 0.00 | 1,000.00 | | 1,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $312,941.00 | $39,487.00 | | $45,487.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened on motion of UST because Debtor was holding 2 cashiers checks as of petition date totaling more than $70,000.  Trustee has liquidated cashiers checks and received funds in the amount of $45,000. Trustee has reviewed claims, will prepare her final report, and disburse funds.

Initial Projected Date of Final Report (TFR): 09/30/14       Current Projected Date of Final Report (TFR): 09/30/14

/s/    Elizabeth C. Berg
_____ Date: 09/23/14
ELIZABETH C. BERG

FORM 2 - DAVID SOLARI
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-15893 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | SOLARI, DAVID M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6057 Checking Account |
| Taxpayer ID No: | *******3137 | | |
| For Period Ending: | 09/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/14 | 15 | David Solari<br>JP Morgan Chase Cashier's Check<br>Phoenix AZ | INHERITANCE - FATHER'S ESTATE | 1290-000 | 31,987.00 | | 31,987.00 |
| 02/06/14 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 21.98 | 31,965.02 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 35.27 | 31,929.75 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 42.89 | 31,886.86 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.41 | 31,839.45 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.81 | 31,793.64 |
| 06/02/14 | | Cashier's Check<br>Remitter: Custom Countertop Creation<br>PNC Bank, National Association<br>Illinois | SETTLEMENT - VEHICLES & ANTIQUES | 1129-000 | 13,500.00 | | 45,293.64 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.27 | 45,246.37 |
| 06/18/14 | 001002 | Michael E. Ryan P.C.<br>c/o Attorney Lisa M Nyuli<br>2000 McDonald Road Suite 200 | Claim 000004, Payment 100.00% | 5100-000 | | 7,682.50 | 37,563.87 |

Page Subtotals 45,487.00 7,923.13

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-15893 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | SOLARI, DAVID M. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6057  Checking Account |
| Taxpayer ID No: | *******3137 | | | |
| For Period Ending: | 09/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | South Elgin, IL 60177 | | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 62.23 | 37,501.64 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 45,487.00 | 7,985.36 | 37,501.64 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 45,487.00 | 7,985.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 45,487.00 | 7,985.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6057 | 45,487.00 | 7,985.36 | 37,501.64 |
| | ------------------- | ------------------- | ------------------- |
| | 45,487.00 | 7,985.36 | 37,501.64 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   62.23

Page 1 | EXHIBIT C - SOLARI | Date: September 23, 2014
--- | :---: | ---
 | ANALYSIS OF CLAIMS REGISTER | 

Case Number: 13-15893
Debtor Name: SOLARI, DAVID M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $5,298.00 | $0.00 | $5,298.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $6,704.50 | $0.00 | $6,704.50 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $33.71 | $0.00 | $33.71 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $6.11 | $0.00 | $6.11 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $21.98 | $21.98 | $0.00 |
| 000001<br>046<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $40,372.77 | $0.00 | $40,372.77 |
| 000002A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $2,224.58 | $0.00 | $2,224.58 |
| 000004<br>040<br>5100-00 | Michael E. Ryan P.C.<br>4680 West Main Street<br>West Dundee IL 60118 | Priority | | $7,682.50 | $7,682.50 | $0.00 |
| 000008<br>046<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $61,876.74 | $0.00 | $61,876.74 |
| 000002B<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $383.04 | $0.00 | $383.04 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $8,571.61 | $0.00 | $8,571.61 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 | Unsecured | | $66,597.30 | $0.00 | $66,597.30 |

| | | | EXHIBIT C - SOLARI | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 23, 2014 |

Case Number: 13-15893    Claim Class Sequence
Debtor Name: SOLARI, DAVID M.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Malvern, PA 19355-0701 | | | | | |
| 000006 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $957.41 | $0.00 | $957.41 |
| 000007 070 7100-00 | William and Dawn Conrad 25330 Cayuga Trail Lake Barrington, Illinois 60010 | Unsecured | | $92,500.00 | $0.00 | $92,500.00 |
| 000009 070 7100-00 | Nicor Gas Attn: Bankruptcy Dept. PO Box 549 Aurora, IL 60507 | Unsecured | | $1,445.33 | $0.00 | $1,445.33 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC successor to Capital One National Assoc (Capital One Bank (USA)N A) POB 41067 Norfolk VA 23541 | Unsecured | | $2,150.61 | $0.00 | $2,150.61 |
| | Case Totals: | | | $296,826.19 | $7,704.48 | $289,121.71 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15893  
Case Name: SOLARI, DAVID M.  
Trustee Name: Elizabeth C. Berg  

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ | $ | $ |
| 000002A | Illinois Department of Revenue | $ | $ | $ |
| 000004 | Michael E. Ryan P.C. | $ | $ | $ |
| 000008 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                            $_____

Remaining Balance                                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | Capital One, N.A. | $ | $ | $ |
| 000007 | William and Dawn Conrad | $ | $ | $ |
| 000009 | Nicor Gas | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors               $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

    Remaining Balance                                                                   $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors          $_____

    Remaining Balance                                                    $_____