UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-15893 |
| David M. Solari, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: October 31, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:         Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:                April 16, 2013

Period for Which
Compensation is sought:    April 16, 2013 to Close of Case

Amount of Fees sought:     $5,298.00*

Amount of Expense
Reimbursement sought:      $33.71

This is an:    Interim Application __        Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated: October 6, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                                          David Solari, Debtor


                                          By:  ___/s/Elizabeth C. Berg, Trustee___
                                               Elizabeth C. Berg, Trustee

*\* Trustee has incurred fees in the amount of $8,469.00 for 31.40 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-15893 |
| David M. Solari, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: October 31, 2014 |
| | ) | Hearing Time:  10:30 a.m. |

**Application for Allowance and Payment of Final Compensation of
Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of David M. Solari, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $5,298.00 as final compensation for her services rendered as trustee in this case from October 16, 2013 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1.  This case was commenced on April 16, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code. Trustee filed her Report of No Distribution on June 4, 2013 and the case closed thereafter on August 26, 2013. Upon a Motion to Reopen Chapter 7 Case brought by the United States Trustee, the case was reopened on November 21, 2013. Trustee filed her Initial Report of Assets on January 21, 2014.

2.  Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The assets of the estate included two undisclosed cashier's checks payable to the IRS which Debtor was in possession of at the time of filing. Furthermore, the Estate held an interest in the Debtor's share of the marital estate in his pending divorce, including several vehicles and an antique Coca Cola vending machine.

4.     The bar date for filing governmental and non-governmental claims in this case was April 24, 2014.

### Prior Compensation

5.     This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7.     Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from October 16, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.     Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath. Trustee filed a no-asset report following the meeting and the case subsequently closed.

B.     Several months later, Trustee was contacted by Debtor's Counsel and advised that Debtor was holding two cashier's checks payable to the IRS. Trustee contacted the Office of the United States Trustee and requested they move to reopen the case. Upon reappointment, Trustee requested and obtained turnover of the two checks. Thereafter, Trustee corresponded with Chase Bank in order to have the checks re-issued to the bankruptcy estate. Trustee collected approximately $70,000.00 from Chase. As the divorce proceedings between Debtor and his wife were not yet finalized, both proceeds of the cashier's checks and the remainder of the marital estate property had to be apportioned between Debtor and his wife. Trustee negotiated with both

2

divorce counsel and the wife's Bankruptcy Trustee to reach an agreement on how the real and personal property would be divided between Debtor and wife and the terms of the marital settlement agreement. Trustee also researched and analyzed the Debtor's interest in several vehicles and an antique Coca Cola vending machine ("property") and negotiated a settlement with Debtor for the value of the personal property. Trustee reached a settlement of $13,500 for the value of the property held by Debtor. As part of the settlement with Debtor, Trustee obtained court authority to make an interim distribution to the Guardian Ad Litem in Debtor's divorce proceedings.

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

    F. Trustee prepared periodic reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

    G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

    8. Trustee has collected the sum of $45,487.00 on behalf of the Estate. Trustee has made $ 7,985.36 in disbursements in this case as of the date hereof.

    9. A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate

3

are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

## Compensation Requested

10. During the period covered by this Application, Trustee spent 31.40 hours rendering services on behalf of this Estate with a value of $8,469.00. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $650.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $5,298.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $ 1,250.00 |
| 10% of the next $40,487.00 | $ 4,048.70 |
| Total allowable compensation | $ 5,298.70 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from October 16, 2013 through the closing of the case in the amount of $5,298.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to priority creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

4

15.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16.     The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17.     Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of David M. Solari, debtor, requests the entry of an order providing the following:

A.     Allowing Trustee final compensation in the amount of $5,298.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from October 16, 2013 through the closing of this case ; and

B.     Allowing Trustee reimbursement of expenses incurred in the case in the amount of $33.71; and

C.     Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

D.     For such other and further relief as this Court deems appropriate.

Dated:  September 17, 2014          Elizabeth C. Berg, as trustee of the estate
                                     of David M. Solari, debtor


                                     By:___/s/____Elizabeth C. Berg, trustee____
                                              Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**                           **David M. Solari, Debtor**
                                                                                                            **Case No. 13-15893**


 


**Trustee's Itemized Billing Statements**


**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax: (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

September 17, 2014
Invoice No:    02500

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**    *Solari - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/16/2013 | ECB | TC's with Debtor's counsel regarding Debtor's failure to send cashier's checks to IRS prepetition as per counsel's advice and effect of same on discharge; Confer with counsel re same | 1.50 $325.00/ hr | $487.50 |
| 10/18/2013 | ECB | Email to S. Costello re status on turnover of checks (.1) TC with Steve re turnover of checks and followup with debtor's spouse re waiver of claim against funds (.2) | 0.30 $325.00/ hr | $97.50 |
| 10/28/2013 | ECB | Re: David Solari - TC to Debtor's counsel re status of discussions with wife's divorce attorney | 0.10 $325.00/ hr | $32.50 |
| 11/04/2013 | ECB | Re: Solari -- TC with Atty Ben Schwartz, divorce counsel for debtor's spouse regarding potential claims against bank account proceeds | 0.30 $325.00/ hr | $97.50 |
| 11/07/2013 | ECB | TC with Steve Costello re additional info required relating to payroll tax liability of wife and disposition of proceeds of life insurance proceeds from father's death | 0.30 $325.00/ hr | $97.50 |
| 11/07/2013 | ECB | Review case docket for bankruptcy of wife Wendy Solari (.1) TC's to counsel for TR Roy Safanda and Trustee's | 0.50 $325.00/ hr | $162.50 |

**Baldi Berg, Ltd**   9/17/2014

Solari - Trustee Matters   Page   2

---

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | office (.4) | | |
| 11/13/2013 | ECB | Email to Steve Costello re discussions with divorce counsel and decision to proceed to reopen (.3) Review and respond to email from Costello re delay of divorce proceedings and status of wife's bankruptcy (.2) | 0.50<br>$325.00/hr | $162.50 |
| 11/13/2013 | ECB | Prep letter to BK Trustee for debtor's wife separate bankruptcy estate regarding receipt and possession of checks and status and impact of divorce proceedings on same | 0.50<br>$325.00/hr | $162.50 |
| 11/13/2013 | ECB | Letter to UST to advise of investigation and request re-opening of case | 0.40<br>$325.00/hr | $130.00 |
| 11/13/2013 | ECB | Correspondence to S. Costello, debtor's counsel, re decision to re-open BK case and status of divorce proceedings | 0.30<br>$325.00/hr | $97.50 |
| 11/14/2013 | ECB | Review UST Motion to Reopen Case and email UST to confirm receipt of same (.1) Correspondence to divorce counsel to advise of hearing (.1) | 0.20<br>$325.00/hr | $65.00 |
| 11/15/2013 | ECB | TC with Ben Schwarz re status of divorce trial history of debtor's involvement with three businesses (.3) memo to file (.1) | 0.40<br>$325.00/hr | $130.00 |
| 11/15/2013 | JMM | Draft Letter to Divorce Attorneys re - Reopening of Bankruptcy Case (.4), Draft and send Fax to Schwarz (.2), Draft and send fax to Von Keudell (.2) | 0.80<br>$175.00/hr | $140.00 |
| 11/21/2013 | ECB | Confer with Debtor's counsel, S. Costello, re outcome of divorce trial and discovery of additional property for Wendy Solari | 0.20<br>$325.00/hr | $65.00 |

**Baldi Berg, Ltd**                                                                                          9/17/2014

Solari - Trustee Matters                                                                              Page    3

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/22/2013 | ECB | Confer with staff re turnover of funds held by Chase Bank on account of cashier's checks | 0.10<br>$325.00/ hr | $32.50 |
| 11/22/2013 | ECB | TC with office of Ben Schwarz re status of divorce and MSA and re-opening of BK case (.1) Preliminary review of materials received from B. Schwartz, in connection with pending execution of MSA (.3) | 0.40<br>$325.00/ hr | $130.00 |
| 11/26/2013 | ECB | Revise motion to hire (.2) TC with Carol Scarpini re proposed marital settlement agreement (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 11/27/2013 | ECB | Initial review of proposed marital settlement agreement and divorce decree (.8) Confer with counsel re same (.2) | 1.00<br>$325.00/ hr | $325.00 |
| 12/03/2013 | ECB | Conf call with Nils von Keudell, divorce counsel for debtor, and JAB regarding proposed divorce decree and MSA | 0.40<br>$325.00/ hr | $130.00 |
| 12/03/2013 | ECB | TC with Ben Schwarz, divorce counsel for Wendy Solari re proposed divorce decree and provisions of MSA | 0.20<br>$325.00/ hr | $65.00 |
| 12/05/2013 | ECB | Review Chase response to turnover demand (.1) Revise final letter requesting re-issuance of checks to BK estate (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 12/05/2013 | JMM | Review email from Lloyd Harris @ Chase Bank re: Cashier's Checks (.1), Draft response letter to Chase Bank re: same (.5), Edit Letter re: same (.2), Reviewed Car Titles and researched value of vehicles and motorcycle (.3) | 1.10<br>$175.00/ hr | $192.50 |
| 12/10/2013 | ECB | TC with Steve Costello re entry of divorce decree and request for valuation on vehicles | 0.20<br>$325.00/ hr | $65.00 |
| 1/08/2014 | ECB | Receive and process checks from JP Morgan Chase | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg, Ltd**                                                                       9/17/2014

Solari - Trustee Matters                                                          Page    4

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/08/2014 | JMM | Request EIN from IRS (.1), Open New Bank Account with Associated & TCMS (.1), Prepare FedEx Mailing Label (.1), Send to Congressional via FedEx (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 1/20/2014 | ECB | TC with Carol at B. Schwartz's office re motion to reopen case | 0.20<br>$325.00/ hr | $65.00 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$325.00/ hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan 14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/19/2014 | ECB | TC to IRS agent R. Vega re: claim filed | 0.10<br>$325.00/ hr | $32.50 |
| 2/24/2014 | ECB | Travel to Geneva; Attend and offer testimony at hearing on Wendy Solari's motion to vacate divorce judgment - Motion Denied | 1.80<br>$325.00/ hr | $585.00 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                     9/17/2014

Solari - Trustee Matters                                                                     Page    5

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/26/2014 | ECB | TC with Wendy Solari trustee Roy Safanda re outcome in divorce proceedings and division of marital property (.2) Review MSA and email Safanda re same (.3) | 0.50<br>$325.00/ hr | $162.50 |
| 4/03/2014 | ECB | TC with B. Schwartz to consent to execution of delivery of quitclaim deed (.1) Review additional vehicles titles and schedules re potential equity for estate (.3) Confer with staff re prep of spreadsheet re vehicle equity (.1) | 0.50<br>$325.00/ hr | $162.50 |
| 4/04/2014 | JMM | Obtain KBB appraisals on Debtor's Vehicles (.6), Valuations of Debtor's Commercial Trucks and Motorcycle (.3), Draft Spreadsheet re: Scheduled Value, Exemption and value to the estate (.5) | 1.40<br>$175.00/ hr | $245.00 |
| 4/07/2014 | JMM | TC from Creditor, Conrad re: Debt owed - provided creditor with Proof of Claim filing instructions and sent proof of claim form to email address (.3) | 0.30<br>$175.00/ hr | $52.50 |
| 4/10/2014 | ECB | TC with counsel for trustee for Wendy Solari re division of marital estate and transfer of Merrill Lynch life insurance policy in name of David to Wendy | 0.20<br>$325.00/ hr | $65.00 |
| 4/11/2014 | ECB | Open and review Mar 14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/11/2014 | ECB | TC to counsel for W. Solari Trustee regarding whether D. Solari policy transferred in divorce is subject to exemption claim; Memo to file re same | 0.20<br>$325.00/ hr | $65.00 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/18/2014 | ECB | Email to S.Costello re vehicle valuations | 0.10<br>$325.00/ hr | $32.50 |
| 4/30/2014 | ECB | TC to D's counsel re valuation of personal property (.1) Review list of personal property received from ex-spouse and investigate value of same (.5) | 0.60<br>$325.00/ hr | $195.00 |

**Baldi Berg, Ltd**                                                                9/17/2014

Solari - Trustee Matters                                                    Page     6

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/06/2014 | ECB | TC with Debtor's counsel to negotiate terms of D's potential purchase of estate property, guardian ad litem claim and payment schedules(.8) Review GAL claim in Debtor's case (.1) Review claims docket and GAL claim in Wendy's case (.1) Email S. Costello re same (.1) | 1.10<br>$325.00/ hr | $357.50 |
| 5/07/2014 | ECB | Perform complete claims review(.7) and analyze and compare IRS claim with claim filed by Debtor on behalf of IRS (.4) Review section 501(c) and Rule 3004 and legislative history behind same (.5) | 1.60<br>$325.00/ hr | $520.00 |
| 5/08/2014 | JMM | Research Vendo 39 Vending machine re: information on machines, current market, value of the machine (.8), Consult w/ ECB re: research on vending machine (.2) | 1.00<br>$175.00/ hr | $175.00 |
| 5/13/2014 | ECB | Open and approve April 2014 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/13/2014 | JMM | Review email from ECB re: vehicle & settlement with debtor (.1), Conduct Lexis Registration search on Vehicle (.1), Research and obtain a KBB value on the vehicle (.1), Draft email to ECB re: same (.2) | 0.50<br>$175.00/ hr | $87.50 |
| 5/13/2014 | JMM | Process April 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/21/2014 | ECB | Memo to staff re finalization of settlement with Debtor and service of notice of motion | 0.10<br>$325.00/ hr | $32.50 |
| 5/22/2014 | ECB | Memo to staff re prep of notice to creditors on motion to settle | 0.10<br>$325.00/ hr | $32.50 |
| 5/28/2014 | ECB | TC with Wendy Solari in response to TR Motion to Sell Personal Property back to Debtor | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg, Ltd**                                                                                                9/17/2014

Solari - Trustee Matters                                                                              Page      7

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 6/02/2014 | ECB | Email to S. Costello to confirm receipt of sale proceeds | 0.10<br>$325.00/ hr | $32.50 |
| 6/02/2014 | JMM | Deposit settlement check into TCMS (.1), Send Check to Associated Bank via scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/06/2014 | ECB | Open and review May '14 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 6/09/2014 | JMM | Process May 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/18/2014 | ECB | Review signed sale order, prep authorization for transfer of certificates of title pursuant to order (.3) Email to counsel re approval of sale (.2) TC to counsel for GAL and prep interim distribution for same (.5) | 1.00<br>$325.00/ hr | $325.00 |
| 6/19/2014 | ECB | Finalize interim distribution (.2) Prep transmittal corres to GAL, divorce attys and bk counsel re same (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 7/08/2014 | ECB | TC from David Solari re status of turnover of vehicles and payment on IRS claims (.3) Review emails and forward D and D's counsel TR's consent to transfer of vehicles (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 7/16/2014 | ECB | Review and approve June '14 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/17/2014 | JMM | Process June 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 8/20/2014 | JMM | Process July 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 8/25/2014 | ECB | Open, Review, and Approve July 14 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 9/12/2014 | ECB | Final Review of IRS claims (.2) Review and approve administrative claims for TR and Attorneys (.5) TC to | 1.00<br>$325.00/ hr | $325.00 |

**Baldi Berg, Ltd**                                                                   9/17/2014

Solari - Trustee Matters                                                         Page      8

---

|            |     | Accountant to confirm no need for tax return (.1) Confer with JMM re revisions to TFR (.2) | | |
|------------|-----|---|---|---|
| 9/17/2014  | JMM | Review case file for information needed to prepare TFR and related documents (.4), Prepare TFR (1.2) and NFR (.3), Draft Trustee Fee Application (1.3), Prepare coversheet, proposed order and affidavit (.3), Review and edit Trustee Final Report Package for submission to UST (.6) | 4.10<br>$175.00/ hr | $717.50 |

|  |  |
|---|---|
| Total Fees | $8,469.00 |

***Expenses***

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 5/22/2014 | Motion to Sell Vehicles & Antique Coke Machine (6 pgs x $.10) = $.60 x 5 parties = $3.00 | 1.00 @ /each | $3.00 |
| 5/22/2014 | Postage for Motion to Sell Vehicles & Antique Coke Machine sent to 5 parties (5 x $.69 = $3.45) | 1.00 @ /each | $3.45 |
| 5/22/2014 | Notice of Vehicle Sale sent out to 47 creditors (1 pg x $.10 x 47 creditors)= $4.70 | 1.00 @ /each | $4.70 |
| 5/22/2014 | Postage for Notice of Vehicle Sale sent out to 47 creditors (47 notices x $0.48) = $22.56 | 1.00 @ /each | $22.56 |

|  |  |
|---|---|
| Total Expenses | $33.71 |
| Total New Charges | $8,502.71 |
| Previous Balance | $0.00 |
| Balance Due | $8,502.71 |

**Baldi Berg, Ltd**  9/17/2014

Solari - Trustee Matters  Page 9

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 19.80 | $325.00 |
| Jason M Manola | 11.40 | $175.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |
| | 31.40 | |

**Trustee's Final Fee Application**　　　　　　　　　**David M. Solari, Debtor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-15893**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| David M. Solari, | ) | Case No. 13-15893 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on September 23, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**