UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| David M. Solari, | ) | Case No. 13-15893 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: October 31, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:     Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                  December 19, 2013

Period for Which
Compensation is sought:      November 22, 2013 to Close of Case

Amount of Fees sought:       $6,704.50

Amount of Expense
Reimbursement sought:        $ 6.11

This is an:    Interim Application __      Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___.

Dated:  October 6, 2014                    Baldi Berg, Ltd.


                                  By:  ___/s/   Elizabeth C. Berg_____
                                          Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-15893 |
| David M. Solari, | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: October 31, 2014 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation and Reimbursement
of Expenses of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of

the estate ("Estate") of David M. Solari, debtor ("Debtor"), pursuant to section 330 of title 11,

United States Code ("Code"), requests this Court to enter an order for the allowance and

payment to BB of 1)  $6,704.50 as final compensation for 23.90 hours of legal services rendered

to the Trustee from November 22, 2013 through the close of this case; and 2) $6.11 as

reimbursement of expenses incurred in connection with such services.  In support thereof, BB

respectfully states as follows:

**Introduction**

1.      Debtor commenced this case on April 16, 2013 by filing a voluntary

petition for relief under chapter 7 of the Code. Trustee filed her Report of No Distribution on

June 4, 2013 and the case closed thereafter on August 26, 2014. Upon a Motion to Reopen

Chapter 7 Case brought by the United States Trustee, the case was reopened on November 21,

2013. Trustee filed her Initial Report of Assets on January 21, 2014.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      The assets of the estate included two undisclosed cashier's checks

payable to the IRS which Debtor was in possession of at the time of filing. Furthermore, the

Estate held an interest in the Debtor's share of the marital estate in his pending divorce

proceedings, including several vehicles and an antique Coca Cola vending machine.

4.    The bar date for filing non-government and governmental claims in this case was April 24, 2014.

## Retention of BB

5.    On December 19, 2013, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BB as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6.    The professional qualifications and experience of the BB attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals that were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg – Partner
> Joseph A. Baldi - Partner
> Ricki Podorovsky - Paralegal
> Jason Manola - Paralegal

## Prior Compensation Received

7.    This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

## Services Rendered by BB

8.    Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of

2

services rendered by each attorney or paralegal in each category.

9.     The services provided by BB have been segregated into two categories.
Summarized below by category are the services rendered by BB during the period covered by
this Application:

### 9.1    General Administration

The services rendered by BB in connection with this category include obtaining a
turnover of the value of certain cashier's checks, advising the Trustee as to general case
administration matters and the liquidation of the Estate's interest in the Debtor's division of
marital property ("Property"). At the outset of the re-opened case, BB prepared and served a
demand on Chase Bank to re-issue to the Estate the cashier's checks held by Debtor at time of
filing. BB drafted a Motion to Employ Attorneys and also a Motion to Employ Accountants in this
case. Furthermore, BB reviewed and analyzed tax claims of the IRS in relation to the Debtor's
failure to file tax returns. Once Debtor's Divorce was finalized, BB negotiated with Debtor a
settlement of the Debtor's personal property which included several vehicles and an antique
Coca Cola machine. BB drafted and presented a Motion to Sell the Property back to the Debtor.
Finally, BB prepared this final Fee Application.

In connection with the foregoing, BB spent 14.1 hours for which it requests allowance
and payment of final compensation in the amount of $3,444.50.

### 9.2    Divorce Proceedings

At the time of Trustee's re-appointment in the case, Debtor and his wife (also a debtor in
a separate Ch. 7 proceeding before this court) were in the midst of a four year old divorce
proceeding and no agreement had been reached between the parties as to the division of the
marital estate. Trustee, with the assistance of BB, took an active part in the negotiations of
divorce counsel which resulted in a final dissolution decree and martial settlement agreement

3

which was entered in December 2013. As a result of those efforts, the marital estate was divided and the extent of the bankruptcy estates for both Debtor and ex-wife were determined and liquidated.

The services rendered by BB in connection with this category include consulting with the divorce attorneys regarding the division of marital property and the bankruptcy estate's interest in the property. BB negotiated the terms of the marital settlement agreement ("MSA") in regards to the division of property between the debtor and ex-spouse. BB analyzed and revised the divorce decree and marital settlement agreement in order to provide payment of funds to the bankruptcy estate.

In connection with the foregoing, BB spent 9.80 hours for which its request it requests allowance and payment of final compensation in the amount of $3,260.00.

## Compensation Requested

10.     BB has expended a total of 23.90 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $6,704.50.

11.     All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

4

12.     The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Expense Reimbursement Requested

13.     During the period covered by this Application, BB incurred expenses in the amount of $6.11 in connection with its representation of Trustee for which it now requests reimbursement. Expenses were incurred for the mailing of a certified letter to Chase for re-issuance of the cashier's checks to the bankruptcy estate. The expenses have been recorded and are set forth on the billing statements attached hereto as Exhibit C.

## Payment of Compensation

14.     BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case.

15.     BB has not previously received or been promised any payments for services rendered in this case.

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate

5

and completed her review and analysis of the claims filed against the Estate.

19.    Trustee has completed and filed her Final Report simultaneously
herewith. Final fee applications for the Trustee and the Trustee's attorneys have also been filed
concurrently with this Application.

**Financial Condition of the Case**

20.    Trustee currently has approximately $37,501.64 on deposit in the Estate's
bank account. The chapter 7 administrative expenses that are currently owing and those the
Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees
allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses
allowed to BB in connection with this final fee application and 3) any fees which may be due or
outstanding to the offices of the United States Trustee and the Clerk of the United States
Bankruptcy Court.

21.    Following payment of all chapter 7 administrative expenses set forth
above, Trustee estimates there will not be funds available to make a final distribution to general
unsecured creditors in this case.

**Trustee's Approval**

22.    BB certifies that the Trustee has received, reviewed and approved this
Application.

WHEREFORE, BB, attorneys for Elizabeth C. Berg, as trustee, requests the
entry of an order providing the following:

A.    Allowing to BB final compensation in the amount of $6,704.50 for actual
and necessary professional services rendered to the Trustee from November 22, 2013 through
the closing of this case;

6

    B.  Allowing to BB reimbursement of \$6.11 for expenses incurred in

connection with the foregoing services; and

    C.  For such other and further relief as this Court deems appropriate.

Dated: September 23, 2014    Baldi Berg, Ltd.

                  Attorneys for Elizabeth C. Berg, as trustee of the
                  estate of David M. Solari, debtor

                  By:_____/s/_____
                      One of her Attorneys

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

7

**Baldi Berg Ltd.**
**Final Fee Application**

**David M. Solari, Debtor**
**Case No. 13-15893**

**Retention Order**

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

|  |  |  |
|---|---|---|
| In Re: | ) | BK No.:   13-15893 |
| David M. Solari | ) |  |
|  | ) | Chapter: 7 |
|  | ) | Honorable Carol A. Doyle |
|  | ) |  |
|  | ) | Kane |
| Debtor(s) | ) |  |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:
IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of David M. Solari, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 19, 2013

**Prepared by:**

Elizabeth C. Berg
Baldi Berg & Wallace
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi, Berg & Wallace, Ltd.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

**Baldi Berg, Ltd.**

<u>**Ricki K. Podorovsky**</u>

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

<u>**Jason M. Manola**</u>

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg Ltd.**
**Final Fee Application**

**David M. Solari, Debtor**
**Case No. 13-15893**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

September 17, 2014
Invoice No:   02498

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Solari - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/22/2013 | JMM | TC to Chase Bank re - Cashier's Checks and procedure to turnover funds (.7); Drafted Letter to Chase re - Reissue Checks to Bankruptcy Estate (1.1) | 1.80<br>$175.00/ hr | $315.00 |
| 11/25/2013 | RKP | Review case file for information needed to prepare motion (.1); draft affidavit (.1); motion to employ attorneys (.3); proposed order (.1); review and edit same (.1). | 0.70<br>$195.00/ hr | $136.50 |
| 11/26/2013 | RKP | Edits to Motion to Employ Attorneys per E. Berg | 0.30<br>$195.00/ hr | $58.50 |
| 11/27/2013 | JMM | Edit Turnover Letter to Chase Bank re: revisions by ECB (.5) | 0.50<br>$175.00/ hr | $87.50 |
| 12/03/2013 | RKP | Edits to Motion to Employ attorneys to insert date of reappointment and prepare motion for service and filing. | 0.10<br>$195.00/ hr | $19.50 |
| 12/04/2013 | RKP | Prepare accountants affidavit and proposed order (.2); edit motion to retain accountants (.2); and prepare motion to employ for service and filing (.1); prepare letter to L. West re: terms of retention (.1) | 0.60<br>$195.00/ hr | $117.00 |

**Baldi Berg, Ltd**                                                          9/17/2014

Solari - General Administration                                    Page    2

| Date | | Description | | |
|------|------|-------------|------|------|
| 12/19/2013 | JMM | Send Status email to Chase Bank re: Status of Turnover of Cashier's Checks (.3) | 0.30 $175.00/ hr | $52.50 |
| 2/13/2014 | ECB | Review correspondence from IRS regarding Debtor's failure to file tax return and potential motion to dismiss resulting from same (.1) Place call to R. Vega to advise of collections to date in BK case (.1) | 0.20 $325.00/ hr | $65.00 |
| 2/13/2014 | ECB | Review 507(a)(8) (g) and compare against 726 regarding subordination for penalties (.4) Research IRS civil penalties and pecuniary loss component on same (.2) | 0.60 $325.00/ hr | $195.00 |
| 4/09/2014 | ECB | TC with Ds counsel regarding need to resolve outstanding non-exempt assets and request for additional information regarding valuation | 0.30 $325.00/ hr | $97.50 |
| 5/07/2014 | ECB | Review correspondence from Debtor's counsel regarding potential settlement of Estate's claims against Debtor re personal property (.2) Respond to same (.2) | 0.40 $325.00/ hr | $130.00 |
| 5/08/2014 | ECB | Review correspondence from Debtor's counsel regarding sale of antique Coke Machine (.1) review other comparables available at auction (.2) | 0.30 $325.00/ hr | $97.50 |
| 5/08/2014 | ECB | Prepare TR's formal offer of sale for personal property back to Debtor and transmittal of same to Debtor's counsel (1.2) Review response to same and analyze potential additional value of newly disclosed asset (.3) TC with Debtor's counsel re new asset and counter offer to discount  lump sum payment (.2) | 1.70 $325.00/ hr | $552.50 |
| 5/19/2014 | RKP | Review case file for information needed to prepare motion to sell and compromise (.4); begin draft of motion to sell (1.0). | 1.40 $195.00/ hr | $273.00 |
| 5/22/2014 | ECB | Revise and finalize letter agreement re settlement with Debtor on personal property (.3)  Email same to debtor's | 1.00 $325.00/ hr | $325.00 |

# Baldi Berg, Ltd

9/17/2014

Solari - General Administration

counsel (.1) Review claim of guardian ad litem  (.1) and TC counsel for same re proposed interim distribution in connection with settlement with debtor (.2) Correspondence to divorce attorneys regarding settlement with Debtor and timing for transfer of vehicle titles pursuar to martial settlement agreement (.2) Email to UST re proposed interim distribution (.2)

| Date | | Description | Hours/Rate | Charges |
|---|---|---|---|---|
| 5/22/2014 | ECB | Review and revise motion to settle (.8) Review and revise order re same (.2) Email to staff re filing, service (.1) | 1.10 $325.00/ hr | $357.50 |
| 6/13/2014 | ECB | Travel to Geneva and present Motion to Sell to Debtor | 0.50 $325.00/ hr | $162.50 |
| 9/17/2014 | JMM | Draft Trustee's Atty Final Fee Application (1.4), Draft proposed order, affidavit and coversheet (.3), Edit Fee App and other related documents (.6) | 2.30 $175.00/ hr | $402.50 |

|  |  |
|---|---|
| Total Fees | $3,444.50 |

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 12/05/2013 | Sent Letter to Chase Bank re: Reissue Cashier's Checks via certified mail | 1.00 @ /each | $6.11 |

|  |  |
|---|---|
| Total Expenses | $6.11 |
| Total New Charges | $3,450.61 |
| Previous Balance | $0.00 |
| Balance Due | $3,450.61 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.10 | $325.00 |
| Jason M Manola | 4.90 | $175.00 |

**Baldi Berg, Ltd**                                                        9/17/2014

Solari - General Administration                                    Page    4

| Ricki K Podorovsky | 3.10 | $195.00 |
|---|---|---|
| | 14.10 | |

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

September 17, 2014
Invoice No:   02499

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Solari - Divorce Proceedings*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/12/2013 | ECB | Review email and documents from D's counsel in support of position that all inheritance funds are non-marital property and Scott Trade account proceeds are subject to IRS lien against wife | 0.50<br>$325.00/ hr | $162.50 |
| 11/12/2013 | ECB | TC with wife's divorce attorney Ben Schwarz regarding upcoming trial in divorce case; wife's claims against Scott Trade account as marital estate property and status and impact of wife's bankruptcy proceeding (.8) TC with debtor's divorce attorney Nils von Keudell re same (.5) Memo to file (.2) | 1.50<br>$325.00/ hr | $487.50 |
| 11/27/2013 | JAB | Review proposed marital settlement agreement, information on court's findings, confer with trustee re same | 0.60<br>$450.00/ hr | $270.00 |
| 12/03/2013 | ECB | Review draft judgment (.1) and prepare  proposed revisions to divorce decree to provide for distributions to parties' bankruptcy estates (. 6) Draft proposed revisions to Marital settlement agreement (1.5) | 2.20<br>$325.00/ hr | $715.00 |
| 12/05/2013 | ECB | Draft revisions to Divorce Judgment to provide for payment of funds to BK estates of both Wendy and David Solari (.3) Draft revisions to Marital Settlement Agreement | 1.10<br>$325.00/ hr | $357.50 |

**Baldi Berg, Ltd**                                                                9/17/2014

Solari - Divorce Proceedings                                           Page    2

---

| | | | | |
|---|---|---|---|---|
| | | between Wendy and David to provide for allocation of value of cashier's checks currently in TR's possession (.6) Prep correspondence to divorce counsel regarding revisions (.2) | | |
| 12/05/2013 | ECB | Review letter from D's divorce counsel objecting to proposed revisions to MSA (.2) TC with Debtor's divorce counsel to resolve  same (.3) TC with divorce counsel for D's wife re agreed upon changes and terms for MSA (.2) | 0.70 $325.00/ hr | $227.50 |
| 1/13/2014 | ECB | Review final divorce decree and marital settlement agreement (.2) Correspondence to Wendy Solari BK Trustee re disposition of marital assets in divorce trial, recovery of value of IRS cashier's checks and allocations of checks between Wendy and David's BK estates (1.0) | 1.20 $325.00/ hr | $390.00 |
| 1/21/2014 | ECB | Review petition to vacate MSA and divorce decree filed by Wendy Solari (.2) Review debtor's motion re child support (.1) Review property division under MSA and analyze impact of revision of decree as requested by Wendy Solari (.7) TC with Debtor's divorce attorney re same (.2) TC with Wendy's divorce attorney re same (.2) | 1.40 $325.00/ hr | $455.00 |
| 2/19/2014 | ECB | TC Nils von Keudell re hearing on motion to vacate divorce decree | 0.20 $325.00/ hr | $65.00 |
| 4/15/2014 | ECB | TC with Wendy Solari's divorce counsel re debtor's demand for  turnover of vehicle titles and status of TR demand for payment on personal property (.1) TC with S. Costello re valuation of vehicles coming to debtor through divorce (.2) TC with debtor's divorce counsel re need to resolve turnover to BK estate in connection with finalization of transfer of assets per divorce decree (.1) | 0.40 $325.00/ hr | $130.00 |

|  |  |
|---|---|
| Total Fees | $3.260.00 |
| Total New Charges | $3,260.00 |

# Baldi Berg, Ltd

9/17/2014

Solari - Divorce Proceedings

Page    3

|  | Previous Balance | $0.00 |
|---|---|---|
|  | Balance Due | $3,260.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 9.20 | $325.00 |
| Joseph A Baldi | 0.60 | $450.00 |
|  | 9.80 |  |

**Baldi Berg Ltd.**
**Final Fee Application**

**David M. Solari, Debtor**
**Case No. 13-15893**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
      David M. Solari,              )        Case No. 13-15893
                               )
                               )        Honorable Donald R. Cassling
              Debtor.                )        (Kane County)

### Rule 2016 Affidavit

State of Illinois      )
County of Cook         )

      I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

      1.     I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

      2.     I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

      3.     A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

      4.     Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

      5.     Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on September 23 , 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

### Exhibit D