## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOLARI, DAVID M. | § | Case No. 13-15893 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Successor TR, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on October 31, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____

*Elizabeth C. Berg, Successor TR*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOLARI, DAVID M. | § | Case No. 13-15893 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,487.00 |
| and approved disbursements of | $ | 7,985.36 |
| leaving a balance on hand of[1] | $ | 37,501.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Successor TR | $        5,298.00 | $        0.00 | $        5,298.00 |
| Trustee Expenses: Elizabeth C. Berg, Successor TR | $        33.71 | $        0.00 | $        33.71 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $        6,704.50 | $        0.00 | $        6,704.50 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $        6.11 | $        0.00 | $        6.11 |
| Other: International Sureties, Ltd. | $        21.98 | $        21.98 | $        0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 12,042.32 |
| Remaining Balance | $ | 25,459.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 112,156.59  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $        40,372.77 | $          0.00 | $        9,838.45 |
| 000002A | Illinois Department of Revenue | $         2,224.58 | $          0.00 | $          542.11 |
| 000004 | Michael E. Ryan P.C. | $         7,682.50 | $      7,682.50 | $            0.00 |
| 000008 | Internal Revenue Service | $        61,876.74 | $          0.00 | $       15,078.76 |

Total to be paid to priority creditors                $        25,459.32

Remaining Balance                                    $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,222.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A. | $         8,571.61 | $          0.00 | $            0.00 |
| 000005 | American Express Bank, FSB | $        66,597.30 | $          0.00 | $            0.00 |
| 000006 | Capital One, N.A. | $           957.41 | $          0.00 | $            0.00 |
| 000007 | William and Dawn Conrad | $        92,500.00 | $          0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------|------------------------|------------------|
| 000009 | Nicor Gas | $ 1,445.33 | $ 0.00 | $ 0.00 |
| 000010 | Portfolio Recovery Associates, LLC | $ 2,150.61 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 383.04  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------|------------------------|------------------|
| 000002B | Illinois Department of Revenue | $ 383.04 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Prepared By: /s/Elizabeth C. Berg _____

*Elizabeth C. Berg, Successor TR*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-15893-DRC
David M. Solari                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Oct 07, 2014
                             Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
```
db          +David M. Solari,   40W650 White Fence,   Saint Charles, IL 60175-8527
20340870     ADT c/o,   Tate & Kirlin,   2810 Southhampton Rd.,   Philadelphia, PA 19154-1207
20340872     ALLSTATE INS.,   PO BOX 3589,   AKRON, OH. 44309-3589
20340873     ALLSTATE AUTOMOBILE INS.,   PO BOX 3589,   AKRON, OH. 44309-3589
20340871    +Allied Credit/Alliance One,   Attn: Bankruptcy,   Po Box 2449,   Gig Harbor, WA 98335-4449
20340874    +American Express,   American Express Special Research,   Po Box 981540,
             El Paso, TX 79998-1540
21651913     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20340875    +Arnold Scott Harris PC,   Attorneys at Law,   PO Box 5598,   Chicago, IL 60680-5598
20340876    +Bill and Dawn Conrad,   c/o Gary Vanek,   1250 Larkin Ave, Ste 100,   Elgin, IL 60123-6078
20340877    +Cadence Health,   25 North Winfield Rd.,   Winfield, IL 60190
20340878    +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
20340879    +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
21530162     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC 28272-1083
21756298     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20340880    +Capitol One/Menards,   26525 N Riverwood Blvd,   Lake Forest, IL 60045-3438
20340881    +Cathy Solari,   862 Shorewood Drive,   Bartlett, IL 60103-4756
20340883    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell,   PO Box 5275,   Carol Stream, IL 60197-5275)
20340884    +Dennis Brebner,   860 North Point Blvd,   Waukegan, IL 60085-8211
20340885    +Fox River Fire Dept,   Po Box 8850,   Carol Stream, IL 60197-8850
20340886     Global Marble and Granite,   250 W. Gem Lane,   Addison, IL 60101
21506297     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
20340887     Illinois Dept. of Revenue,   P O Box 64338,   Chicago, IL 60664-0338
20340889    +Kinnally,   2114 Deerpath Rd,   Aurora, IL 60506-7947
20340891     Mastercard,   PO Box,   Charlotte, NC 28272-1104
20340892    +Michael E. Ryan P.C.,   c/o Attorney Lisa M Nyuli,   2000 McDonald Road Suite 200,
             South Elgin, IL 60177-3324
20340894    +Northern Leasing,   PO Box 7861,   New York, NY 10116-7861
20340895    +Northern Leasing Syste,   132 W 31st St Fl 14,   New York, NY 10001-3405
21844868    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to Capital One National Assoc,   (Capital One Bank (USA)N A),   POB 41067,
             Norfolk VA 23541)
20340897    +Peskino Law Firm,   2445 Dean St, Suite E,   Saint Charles, IL 60175-4828
20340898    +R & B Receivables Mana,   860 S Northpoint Blvd,   Waukegan, IL 60085-8201
20340899    +Santander Consumer,   PO Box 105255,   Atlanta, GA 30348-5255
20340901    +Somer Cor 504 Inc,   601 S LaSalle Ste 510,   Chicago, IL 60605-1726
20340902    +Stephen Harris,   252 Park Chester,   Elk Grove Village, IL 60007-3812
20340903    +Union National Bank,   101 E Chicago Street,   Elgin, IL 60120-6466
20340904    +Valley Emergency,   PO Box 9367,   Daytona Beach, FL 32120-9367
20340905    +Wells Fargo Home Mortgage,   Po Box 10335,   Des Moines, IA 50306-0335
20340907    #+Wendy Solari,   301 S. 12th Street,   Saint Charles, IL 60174-2637
21776942    +William and Dawn Conrad,   25330 Cayuga Trail,   Lake Barrington, Illinois 60010-1182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20340882     E-mail/Text: legalcollections@comed.com Oct 08 2014 02:12:17     ComEd,   PO Box 6111,
             Carol Stream, IL 60197-6111
20340888     E-mail/Text: cio.bncmail@irs.gov Oct 08 2014 02:03:43     Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
20340890    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 08 2014 02:03:34     Kohl's/capone,
             N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
20340893    +E-mail/Text: bankrup@aglresources.com Oct 08 2014 02:03:13     Nicor Gas,
             Attn: Bankruptcy Dept.,   PO Box 549,   Aurora, IL 60507-0549
20340896    +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 08 2014 02:05:03     Osi Collect,
             507 Prudential Rd.,   Horsham, PA 19044-2308
20340900     E-mail/Text: birminghamtops@sba.gov Oct 08 2014 02:05:41     SBA,   PO Box 740192,
             Atlanta, GA 30374-0192
                                                                                 TOTAL: 6
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20340906     Wendi Solari,   301 S 12th Street
```
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: arodarte          Page 2 of 2          Date Rcvd: Oct 07, 2014
                           Form ID: pdf006          Total Noticed: 44
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
            David J Frankel    on behalf of Creditor    Santander Consumer USA Inc. dfrankel@sormanfrankel.com,
              bbehanna@sormanfrankel.com
            Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
              eberg@ecf.epiqsystems.com, jmanola@baldiberg.com
            Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com, jmanola@baldiberg.com
            Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
              roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
            Stephen J Costello    on behalf of Debtor David M. Solari steve@costellolaw.com
                                                                                  TOTAL: 7
```