# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
SOLARI, DAVID M.                    §          Case No. 13-15893
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Trustee _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Santander Consumer PO Box 105255 Atlanta, GA 30362-0260 | | | | | |
| | Wells Fargo Home Mortgage Po Box 10335 Des Moines, IA 50306 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MICHAEL E. RYAN P.C. | | | | | |
| 000002A | IDOR - BANKRUPTCY SECTION | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| 000008 | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT c/o Tate & Kirlin 2810 Southhampton Rd Philadelphia, PA 19154-1207 | | | | | |
| | ALLSTATE  INS. PO BOX 3589 AKRON, OH. 44309-3589 | | | | | |
| | ALLSTATE AUTOMOBILE INS. PO BOX 3589 AKRON, OH. 44309-3589 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Scott Harris PC Attorneys at Law PO Box 5598 Chicago, IL 60680-5598 | | | | | |
| | Cadence Health 25 North Winfield Rd. Winfield, IL 60190 | | | | | |
| | Capitol One/Menards 26525 N Riverwood Blvd Lake Forest, IL 60045 | | | | | |
| | Cathy Solari 862 Shorewood Drive Bartlett, IL 60103 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Dell PO Box 5275 Carol Stream, IL 60197-5275 | | | | | |
| | Dennis Brebner 860 North Point Blvd Waukegan, IL 60085 | | | | | |
| | Fox River Fire Dept Po Box 8850 Carol Stream, IL 60188 | | | | | |
| | Global Marble and Granite 250 W. Gem Lane Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kinnally 2114 Deerpath Rd Aurora, IL 60506 | | | | | |
| | Kohl's/capone N56 W 17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | Mastercard PO Box Charlotte, NC 28272-1104 | | | | | |
| | Michael Ryan 4680 E Main Street Dundee, IL 60118 | | | | | |
| | Northern Leasing PO Box 7861 New York, NY 10116 | | | | | |
| | Northern Leasing Syste 132 W 31st St Fl 14 New York, NY 10001 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peskino Law Firm 2445 Dean St, Suite E Saint Charles, IL 60175 | | | | | |
| | R & B Receivables Mana 860 S Northpoint Blvd Waukegan, IL 60085 | | | | | |
| | R & B Receivables Mana 860 S Northpoint Blvd Waukegan, IL 60085 | | | | | |
| | SBA PO Box 740192 Atlanta, GA 30374-0192 | | | | | |
| | Somer Cor 504 Inc 601 S LaSalle Ste 510 Chicago, IL 60605 | | | | | |
| | Stephen Harris 252 Park Chester Elk Grove Village, IL 60007 | | | | | |
| | Union National Bank 101 E Chicago Street Elgin, IL 60120 | | | | | |
| | Union National Bank 101 E Chicago Street Elgin, IL 60120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union National Bank 101 E Chicago Street Elgin, IL 60120 | | | | | |
| | Valley Emergency PO Box 9367 Daytona Beach, FL 32120 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000009 | NICOR GAS | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000007 | WILLIAM AND DAWN CONRAD | | | | | |
| 000002B | IDOR - BANKRUPTCY SECTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - DAVID SOLARI

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 13-15893 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | SOLARI, DAVID M. | | |

For Period Ending: 02/19/15

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 04/16/13 (f) |
| 341(a) Meeting Date: | 06/03/13 |
| Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate    40W650 White Fence, St. Charles, IL 60175 | 276,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash    cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts    checking account with Chase | 500.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposits    security deposit with ComEd | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods    household good, furniture and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles - Antique Coke Machine    Antique Coke Machine and Christmas Collectibles | 2,500.00 | 0.00 | | 1,500.00 | FA |
| 7. Wearing Apparel    necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing    IRA | 13,561.00 | 0.00 | | 0.00 | FA |
| 9. Stock    Scottrade stock account | 680.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 18.04

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-15893    DRC    Judge: DONALD R. CASSLING | |
| Case Name: | SOLARI, DAVID M. | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 04/16/13 (f) |
| 341(a) Meeting Date: | 06/03/13 |
| Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Liquidated Claims<br>estimated 2012 tax refund, IRS will seize | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles - 2000 Chevy Venture<br>2000 Chevy Venture - does not run | 1,000.00 | 0.00 | | 1,500.00 | FA |
| 12. Vehicles - 2000 Chevy C3500<br>2000 Chevy C3500 | 1,800.00 | 0.00 | | 1,500.00 | FA |
| 13. Vehicles - 1990 Sea Sprite boat - 1/2 interest<br>1990 Sea Sprite boat - 1/2 interest w/ wife | 1,000.00 | 0.00 | | 500.00 | FA |
| 14. Vehicles - 2005 Ford Mustang<br>2005 Ford Mustang 56,000 miles | 10,200.00 | 0.00 | | 1,000.00 | FA |
| 15. Inheritance from Father's Estate (u) | 0.00 | 31,987.00 | | 31,987.00 | FA |
| 16. Vehicles - 2003 Ford F350 SD Truck (u)<br>2003 Ford F350 SD Truck | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 17. Vehicles - 2005 Ford E450 SUP Cutaway Truck (u)<br>2005 Ford E450 SUP Cutaway Truck | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 18. Vehicles - 2005 Ford E450 SUP Cutaway Truck (u)<br>2005 Ford E450 SUP Cutaway Truck (2) | 0.00 | 2,500.00 | | 2,500.00 | FA |

FORM 1 - DAVID SOLARI

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 13-15893   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | SOLARI, DAVID M. | | Date Filed (f) or Converted (c): | 04/16/13 (f) |
| | | | 341(a) Meeting Date: | 06/03/13 |
| | | | Claims Bar Date: | 04/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Vehicles - 2006 Yamaha VVS1100 Motorcycle (u)  2006 Yamaha VVS1100 Motorcycle | 0.00 | 1,000.00 | | 1,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $312,941.00 | $39,487.00 | | $45,487.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened on motion of UST because Debtor was holding 2 cashiers checks as of petition date totaling more than $70,000.  Trustee has liquidated cashiers checks and received funds in the amount of $45,000. Trustee has reviewed claims, will prepare her final report, and disburse funds.

Initial Projected Date of Final Report (TFR): 09/30/14     Current Projected Date of Final Report (TFR): 10/06/14

/s/    Elizabeth C. Berg, Trustee
_____  Date: 02/19/15
   ELIZABETH C. BERG, TRUSTEE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-15893 -DRC |
| Case Name: | SOLARI, DAVID M. |

| Taxpayer ID No: | *******3137 |
| For Period Ending: | 02/19/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6057  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/14 | 15 | David Solari<br>JP Morgan Chase Cashier's Check<br>Phoenix  AZ | INHERITANCE - FATHER'S ESTATE | 1290-000 | 31,987.00 | | 31,987.00 |
| 02/06/14 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans,  LA  70139 | 2013 Bond Premium<br>Bond Number:  #016026455 | 2300-000 | | 21.98 | 31,965.02 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 35.27 | 31,929.75 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 42.89 | 31,886.86 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.41 | 31,839.45 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.81 | 31,793.64 |
| 06/02/14 | * NOTE * | Cashier's Check<br>Remitter: Custom Countertop Creation<br>PNC Bank, National Association<br>Illinois | SETTLEMENT - VEHICLES & ANTIQUES<br>* NOTE *  Properties 6, 11, 12, 13, 14, 16, 17, 18, 19 | 1129-000 | 13,500.00 | | 45,293.64 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.27 | 45,246.37 |
| 06/18/14 | 001002 | Michael E. Ryan P.C.<br>c/o Attorney Lisa M Nyuli<br>2000 McDonald Road Suite 200 | Claim 000004, Payment 100.00% | 5100-000 | | 7,682.50 | 37,563.87 |

Page Subtotals          45,487.00          7,923.13

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-15893  -DRC | |
| Case Name: | SOLARI, DAVID M. | |

| | |
|---|---|
| Taxpayer ID No: | *******3137 |
| For Period Ending: | 02/19/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6057  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | South Elgin, IL 60177 | | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 62.23 | 37,501.64 |
| 11/04/14 | 001003 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago  IL  60602 | Final TR Compensation | 2100-000 | | 5,298.00 | 32,203.64 |
| 11/04/14 | 001004 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago  IL  60602 | Trustee Expenses | 2200-000 | | 33.71 | 32,169.93 |
| 11/04/14 | 001005 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | TR Attorney's Final Compensation | 3110-000 | | 6,704.50 | 25,465.43 |
| 11/04/14 | 001006 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 6.11 | 25,459.32 |
| 11/04/14 | 001007 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000001, Payment 24.37% | 5800-000 | | 9,838.45 | 15,620.87 |
| 11/04/14 | 001008 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 | Claim 000002A, Payment 24.37% | 5800-000 | | 542.11 | 15,078.76 |

| | | | | Page Subtotals | 0.00 | 22,485.11 | |

Ver: 18.04

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-15893 -DRC |
| Case Name: | SOLARI, DAVID M. |
| Taxpayer ID No: | *******3137 |
| For Period Ending: | 02/19/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6057  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, Illinois 60664-0338 | | | | | |
| 11/04/14 | 001009 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000008, Payment 24.37% | 5800-000 | | 15,078.76 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 45,487.00 | 45,487.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 45,487.00 | 45,487.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 45,487.00 | 45,487.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6057 | 45,487.00 | 45,487.00 | 0.00 |
| | 45,487.00 | 45,487.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          15,078.76